IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE WASHINGTON, JR.,** | 1:08-cv-01721 AWI GSA HC |
| Petitioner, | **ORDER** |
| v. | |
| **M. McDONALD,** | |
| Respondent. | |

Good cause having been presented and good cause appearing therefor, IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including February 19, 2009.

IT IS SO ORDERED.

Dated:   **January 23, 2009**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

1