IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WASHINGTON, JR.,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>M. MCDONALD,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-01721-AWI-GSA (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(DOCUMENT #20)<br><br>DEADLINE: MARCH 21, 2009 |

　　　On February 18, 2009, respondent filed a motion to extend time to file a responsive pleading.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Respondent's motion is extended through and including March 21, 2009 to file a responsive pleading.


　　　IT IS SO ORDERED.

　　**Dated:　February 19, 2009**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE